IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:08-CV-567-H

| | |
|---|---|
| CHARLES DICKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    **ORDER** |
| | ) |
| SOCIAL SERVICES and JOHN GUSTAVASON, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on plaintiff's second motion to be released from his obligation to pay the rest of the filing fee [DE #22], in the above-captioned case. As noted in the order denying the first motion, plaintiff, as a prisoner, is required to pay the entire filing fee pursuant to 28 U.S.C. § 1915(b). The court has no discretion in this matter. Accordingly, his second motion for release from his obligation to pay the rest of the filing fee [DE #22] is also DENIED.

This 11th day of August 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26